IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**ANTHONY JONES,**
**Alien # A79-451-300,**

    **Petitioner,**

vs.                          Case No. 4:07cv463-SPM/WCS

**MICHAEL B. MUKASEY,**
**MICHAEL CHERTOFF,**
**MICHAEL ROZOS,**
**DAVID HARVEY, and the**
**U.S. DEPARTMENT OF**
**HOMELAND SECURITY,**

    **Respondents.**

_____/

## REPORT AND RECOMMENDATION

This case was transferred to this court on October 31, 2007. Doc. 10. The *pro se* Petitioner submitted a petition for writ of habeas corpus under 28 U.S.C. § 2241, doc. 12, and service was directed on November 15, 2007. Doc. 13. Shortly thereafter, Petitioner filed a notice of change of address, doc. 14, indicating he was in Miami, Florida. An order was entered directing Petitioner to advise whether the case was moot in light of Petitioner's notice of change of address. Doc. 18. Petitioner did not file a reply, but Respondents filed a motion to dismiss. Doc. 19. Respondents demonstrated that Petitioner was released from detention on November 8, 2007. *Id.*

Petitioner's failure to reply to the December, 2007, court order, doc. 18, clearly reveals that Petitioner has abandoned this litigation.  Moreover, as Respondents have shown Petitioner was released from custody, Petitioner has received the relief he sought.  Accordingly, this case is moot and the motion to dismiss should be granted.

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 19, be **GRANTED,** and this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 be **DISMISSED as moot** because Petitioner has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on March 20, 2008.


  s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**