**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

ANTHONY JONES,
Alien # A79-451-300,

       Petitioner,

vs.                                    Case No. 4:07cv463-SPM/WCS

MICHAEL B. MUKASEY,
MICHAEL CHERTOFF,
MICHAEL ROZOS,
DAVID HARVEY, and the
U.S. DEPARTMENT OF
HOMELAND SECURITY,

       Respondents.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Magistrate Judge's "Report and Recommendation" (doc. 21). The parties were furnished a copy and afforded an opportunity to file objections. No objections have been filed.

Petitioner has failed to respond to Respondents' motion to dismiss (doc. 19). Additionally, Respondents represent that Petitioner has been released from detention and has not advised the Court of a new address.

Accordingly, it is ORDERED AND ADJUDGED as follows:

    1.     The Magistrate Judge's Report and Recommendation (doc. 21) is

adopted and incorporated by reference in this order.

2. Respondents' motion to dismiss (doc. 19) is hereby ***granted***.

3. Petitioner's §2241 petition for writ of habeas corpus (doc. 12) is hereby ***dismissed as moot***.

DONE AND ORDERED this <u>seventeenth</u> day of June, 2008.


　　　　　　　　　　　*s/ Stephan P. Mickle*
　　　　　　　　　　Stephan P. Mickle
　　　　　　　　　　United States District Judge